IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY RAY BURGE, JR.,                                                                  PLAINTIFF
# 2762

v.                                         3:25CV00185-LPR-JTK

DOE, et al.                                                                            DEFENDANTS

### ORDER

Having reviewed Plaintiff Billy Ray Burge, Jr.'s Complaint, as supplemented and amended, for screening purposes only,[1] the Court finds that service of Plaintiff's claims is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Jennifer Sanders. The United States Marshal is hereby directed to serve a copy of Plaintiff's Complaint (Doc. Nos. 1, 4, 6, 15) and Summons on Defendant Sanders, along with a copy of this Order, without prepayment of fees and costs or security therefore. Service on Defendant Sanders should be attempted through the Independence County Detention Center, 569 West Main Street, Batesville, Arkansas 72501.

Dated this 3rd day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).