IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLY RAY BURGE, JR.**                                                              **PLAINTIFF**
**#2762**

v.                  Case No. 3:25-cv-00185-LPR-JTK

**DOE, et al.**                                                                               **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 21). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against the Independence County Detention Center are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's deliberate indifference to serious medical needs claims against Nurse Doe are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Plaintiff's access to the courts claims, loss of personal property claims, and claims asserting increased wait times for trial dates and longer sentences are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

4. The Clerk is directed to TERMINATE Defendants Independence County Detention Center and Nurse Doe as parties to this action.

IT IS SO ORDERED this 20th day of January 2026.[1]

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This Order takes no position as to whether the Magistrate Judge is correct in his conclusion that the remaining claims state a viable cause of action.  A strong motion to dismiss might persuade the Magistrate Judge (or, subsequently, this Court) that one, some, or all of the remaining claims should be dismissed for failure to state a viable claim.