**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

BILLY RAY BURGE, JR.,                                                                    PLAINTIFF
# 2762

v.                                              3:25CV00185-LPR-JTK

DOE, et al.                                                                              DEFENDANTS

## ORDER

On March 5, 2026, Defendant Jennifer Sanders supplemented her Motion for Summary Judgment on the issue of exhaustion.  (Doc. No. 37).  Plaintiff is given 21 days from the date of this Order to file a response if he wishes to do so.  Plaintiff should refer to the Court's February 10, 2026, Order in preparing any response.  The Clerk of the Court is directed to send Plaintiff a copy of Doc. No. 34 along with a copy of this Order.

IT IS SO ORDERED this 9th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE