**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

BILLY RAY BURGE, JR.,                                                       PLAINTIFF
# 2762

v.                                          3:25CV00185-LPR-JTK

DOE, et al.                                                              DEFENDANTS


**ORDER**

Defendant Jennifer Sanders's Motion to Withdraw her Motion for Summary Judgment on

the issue of exhaustion (Doc. No. 44) is GRANTED.   The Clerk of the Court is directed to

terminate Defendant Sanders's Motion for Summary Judgment (Doc. No. 31).

IT IS SO ORDERED this 26th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE