# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

BILLY RAY BURGE, JR.,                                                    PLAINTIFF
# 2762

v.                                      3:25CV00185-LPR-JTK

DOE, et al.                                                            DEFENDANTS

## ORDER

Billy Ray Burge, Jr. ("Plaintiff") has filed a Motion for Copies (Doc. No. 46).   Plaintiff asks for a copy of his "motion for discovery that was filed on June 8, 2026." (Id.).   Because the docket does not reflect a motion for discovery filed on June 8, 2026, Plaintiff's Motion (Doc. No. 46) is DENIED.   The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order.   The Court notes Plaintiff filed a Motion for Discovery on December 17, 2025.   (Doc. No. 28).   If this is the document Plaintiff needs, he should let the Court know.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE